IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAY AS YOU GO, LLC, | § § § § | |
| *Plaintiff,* | § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00462-JRG (Lead Case) |
| AT&T INC, | § § § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| v. | § § | CIVIL ACTION NO. 2:23-CV-00463-JRG (Member Case) |
| Verizon Communications Inc., | § § § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| v. | § § | CIVIL ACTION NO. 2:23-CV-00501-JRG (Member Case) |
| T-Mobile USA, Inc., | § § § | |
| *Defendant.* | § | |

## **ORDER**

Before the Court is Plaintiff Pay As You Go, LLC's ("Pay As You Go") Notice of Voluntary Dismissal of Verizon Communications, Inc. Without Prejudice. In the Notice, Pay As You Go voluntarily dismisses all claims in Member Case 2:23-cv-463 against Defendant Verizon Communications Inc. ("Verizon") without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.*)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Pay As You Go against Verizon in Member Case 2:23-cv-463 are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate Verizon as a

Defendant and **CLOSE** Member Case 2:23-cv-463. In view of the live disputes remaining in the above-captioned consolidated cases, the Clerk is directed to **MAINTAIN AS OPEN** the Lead Case 2:23-cv-462.

**So ORDERED and SIGNED this 5th day of January, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE